O

FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DINO M. GENTILE,

        Petitioner,

  vs.

J. FOX, Warden,

        Respondent.

Case No. CV 14-1726-GAF (RNB)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS
OF UNITED STATES
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; and (2) Judgment be entered summarily dismissing this action without prejudice for lack of subject matter jurisdiction.

DATED: _____8/7/14_____

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE