JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
AUG - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DINO M. GENTILE,

    Petitioner,

vs.

J. FOX, Warden,

    Respondent.

Case No. CV 14-1726-GAF (RNB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for lack of subject matter jurisdiction.

DATED: 8/7/14

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE